UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.  RE: Ramon Garcia PRADO
Senior United States District Judge  Docket Number: 2:14CR00303-3
Sacramento, California  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Ramon Garcia Prado is requesting permission to travel to Mexico. Mr. Prado is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 23, 2016, Ramon Garcia Prado was sentenced for the offense of 18 USC 922 (g)(1) – Felon in Possession of a Firearm.

**Sentence Imposed:** 30 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 special assessment; Mandatory drug testing; No firearms; DNA collection. Special conditions include: Search; Drug/alcohol treatment and testing; Abstain from alcohol; Aftercare co-payment.

**Dates and Mode of Travel:** January 17, 2018 through January 24, 2018, driving to Tijuana, then by air to Guadalajara, Mexico.

**Purpose:** Mr. Prado is traveling to Jaripo, Michoacan, Mexico, to attend his sister's wedding. He will be staying at the home of family members in Jaripo.

RE: **Ramon Garcia Prado**
**Docket Number: 2:14CR00303-3**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Wendy E. Reyes*

Wendy E. Reyes
United States Probation Officer

Dated: January 16, 2018
Elk Grove, California
WER:lr

**REVIEWED BY:** */s/ Brenda Barron-Harrell*
**Brenda Barron-Harrell**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved
Dated: January 16, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX